IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DAVID FIFE, #14977                          §

VS.                                         §            CIVIL ACTION NO. 4:16cv90

COLLIN COUNTY DETENTION FACILITY  §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Christine A. Nowak.  The Report and Recommendation of the Magistrate Judge,

which contains proposed findings of fact and recommendations for the disposition of such action,

has been presented for consideration, and no objections thereto having been timely filed, the Court

is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts

same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the motion to voluntarily dismiss the lawsuit (Dkt. #5) is **GRANTED** and

the complaint is **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(a)(1).  All motions not

previously ruled on are **DENIED**.

**SIGNED this 1st day of April, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE